# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| John McMorrow Jr., on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 4:22-cv-01061-AGF |
| v. | |
| RocketOffr, LLC d/b/a Realteeoffers.com, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

John McMorrow Jr. and RocketOffr, LLC (together, the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement and file a stipulation of dismissal.

Date: November 22, 2022

/s/ Alex D. Kruzyk
Alex D. Kruzyk
E.D. Mo. Bar No. 24117430(TX)
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tele: (561) 726-8444
akruzyk@pkglegal.com

*Counsel for Plaintiff and the proposed classes*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide notice to all counsel of record.

/s/ Alex D. Kruzyk
Alex D. Kruzyk